Melvin AMODEO, Appellant

v.

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, Appellee

No. 35 WAP 2016

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the Order of the Commonwealth Court is hereby AFFIRMED.